GOVERNMENT
EXHIBIT
2
2:25mj14
PENGAD 800-631-6989

